IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  CIVIL ACTION NO. 5:10-cv-50-DCB-MTP
CRIMINAL ACTION NO. 5:06-cr-18DCBJCS

ROBERT C. ARLEDGE  DEFENDANT

## **ORDER**

Before the Court is the Petitioner's Motion to Supplement Original Motion Under 28 U.S.C. § 2255 [**docket entry no. 168**]. Having carefully considered Petitioner's request, and noting that the Government did not oppose the Petitioner's Motion, the Court finds that the Motion is well-taken and should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Petitioner's Motion [**docket entry no. 168**] is **GRANTED**. The Petitioner may file a supplemental motion regarding the proposed exhibit [docket entry no. 168-1] and should include the Louisiana Attorney Disciplinary Board order as an exhibit.

So **ORDERED,** this the 20th day of March, 2012.

                                                /s/ David Bramlette

                                          **UNITED STATES DISTRICT JUDGE**