IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| United States of America | Plaintiff |
| vs. | No. 5:06cr18DCB |
| Robert Arledge | Defendant |
| and | |
| Diet Drugs II Qualified Settlement Fund | Garnishee |

**GARNISHEE ORDER**

A Amended Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. (#191) Pursuant to the Amended Writ of Continuing Garnishment, the Garnishee filed an Answer on August 3, 2012, (#180) stating that at the time of the service of the writ he had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the amount of $15,379.07 for fees on some nonresident claimant cases concluded between May 15, 2009 and January 4, 2012..

On July 25, 2012, the defendant was notified of his right to a hearing and has not requested a hearing to determine if he has any exempt property.

IT IS, hereby, ORDERED that Garnishee forward said fees in the amount of $15,379.07 to Clerk, U. S. District Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201 until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

ORDERED this  31st  day of  October , 2012.

       s/ David Bramlette
      HONORABLE DAVID C. BRAMLETTE
      UNITED STATES DISTRICT JUDGE